THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSWALDO QUINONES, Appellant. [997 NYS2d 71]—Order, Supreme Court, New York County (Abraham Clott, J.), entered on or about July 29, 2013, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in denying a downward departure (*see People v Gillotti*, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant were outweighed by the extreme seriousness of the underlying pattern of repeated, predatory sex crimes. We also note that defendant's point score was 160, which was well above the level three threshold. Concur—Friedman, J.P., Acosta, Moskowitz, Richter and Clark, JJ.